IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIE JAMES TERRELL, JR., <br><br> Plaintiff, <br><br> v. <br><br> CLAY TATUM, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:10-CV-3021-TWT |

<u>ORDER</u>

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 45] of the Magistrate Judge recommending that this action be dismissed for lack of exhaustion of state remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The request for a Certificate of Appealability is DENIED.

SO ORDERED, this 13 day of July, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Terrell\10cv3021\r&r.wpd